**LOUIS F. BURKE P.C.**
ATTORNEY AT LAW
**460 Park Avenue
21st Floor
New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 7, 2016

September 6, 2016

Hon. Katherine B. Forrest
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street, Courtroom 15A
New York, New York 10007

    Re:    *Chang v. Aziz*, et al., 16-cv-6386 (KBF)

Dear Judge Forrest:

    We are in receipt of Your Honor's order dated August 12, 2016 establishing Friday, October 7, 2016 for the initial pretrial conference ("IPTC") in this matter. As a follow up to my conversation with Alison Miller about ten days ago, I write to request that the IPTC be scheduled for either October 3, 4 or 5 or adjourned until November 16, 2016.

    I have a conflict with the October 7th date as I am committed to be in Austin, Texas for an ABA Section of Litigation Leadership Meeting from October 6-8, 2016. Upon my return from Texas I leave for a business trip and vacation in Europe, returning November 12, 2016. Tickets for both trips are nonrefundable and were acquired many months ago. My co-counsel, Thomas Ajamie, also has previously established commitments. In addition, we are in the process of arranging service on the defendants which we believe will take a few weeks.

    Accordingly, we respectfully request that Your Honor reschedule the IPTC to either October 3, 4, 5 or November 16, 2016 and issue a new order.

    If none of the dates is convenient for the Court, we are amenable to other dates after November 16, 2016. Thank you for your consideration.

Respectfully submitted,

*/s/Louis F. Burke*

The IPTC is hereby adjourned to October 4, 2016 at 2:00 p.m.

LFB/lsw

_____
KATHERINE B. FORREST
United States District Judge

September 7, 2016