IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHIAS CHANG and HUSAM MUSA, on behalf of themselves and all others similarly situated,<br>　　　　　Plaintiff(s)<br>　　v.<br><br>RIZA SHAHRIZ BIN ABDUL AZIZ, et al.,<br>　　　　　Defendant(s) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Case No.:   1:16-cv-06386(KBF) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) MATTHIAS CHANG, et al.   and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) RIZA SHAHRIZ BIN ABDUL AZIZ, et al.

Date:   September 23, 2016

LOUIS F. BURKE PC

/s/ Louis F. Burke
*Signature of plaintiffs or plaintiff's counsel*

460 Park Avenue, 21st Floor
*Address*

New York, NY 10022
*City, State & Zip Code*

(212) 682-1700
*Telephone Number*